From: <USBankruptcyCourts@noticingcenter.com>
Date: Sat, Dec 7, 2024 at 7:42 AM
Subject: U.S. Bankruptcy Court, Southern District of Texas - Undeliverable Notice, In re: Phillip James Reeder, Case Number: 24-35151, jpn, Ref: [p-223892603]
To: <ashton@andersonclements.com>

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

December 8, 2024

From: United States Bankruptcy Court, Southern District of Texas

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
   In re: Phillip James Reeder, Case Number 24-35151, jpn

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

4
**United States Bankruptcy Court**
**PO Box 61010**
**Houston, TX 77208**

Undeliverable Address:
Solar Mosaic Inc
Attn: Bankruptcy
300 Lakeside Dr, 24th Floor
Oakland, CA 94612

Role type/cr id: 12804248
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

Solar Mosaic, Inc.
Attn: Bankruptcy
601 12th Street, Ste. 325
Oakland, CA 94607

_____          12/12/24
Signature of Debtor or Debtor's Attorney          Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**